**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet — U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:17cr |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

| Juvenile: Yes ☐ No ☐ | FBI#: |
|---|---|
| Defendant Name: Tommy Water Zhou | Alias Name(s): |
| Address: Brooklyn, NY 11219 | |
| Employment: N/A | |

| Birth Date: 1974 | SS#: xxx/xx/0179 | Sex: | Race: | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |

| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: |
|---|---|

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____ . | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: Joseph L. Kosky | Telephone No. 757-441-6331 | WI Bar #: 4178177 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

DOJ-Environment and Natural Resources Division P O Box 7611 Washington, DC 20044 (202) 305-0329

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 16 U.S.C. §§ 3372 and 3373 | Lacey Act Trafficking | 1 | Felony |